July 03, 2009

Mr. Craig T. Enoch
Winstead PC
401 Congress Avenue, Suite 2100
Austin, TX 78701

Ms. Georganna L. Simpson
Law Offices of Georganna L. Simpson
1349 Empire Central Drive, Suite 600
Dallas, TX 75247-4042
Mr. Jeff Forrest Smith
Jeff Forrest Smith, P.C.
6750 Hillcrest Plaza
Dallas, TX 75230

RE: Case Number: 06-0815
 Court of Appeals Number: 05-05-00063-CV
 Trial Court Number: DV-02-10411L

Style: JESSE C. INGRAM, PH.D. AND BEHAVIORAL PSYCHOLOGY CLINIC, P.C.
 v.
 LOUIS DEERE, D.O. AND HILLVALE MEDICAL GROUP ASSOCIATION D/B/A
 HILLVALE MEDICAL ASSOCIATION

Dear Counsel:

 Today the Supreme Court of Texas issued an opinions and judgment in
the above-referenced cause. The judgment is enclosed. You may obtain a
copy of the opinions at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like opinions by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk

Enclosure: Judgment
|cc:|Ms. Lisa Matz|
| | |
| |Mr. Jim |
| |Hamlin |